IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| GODDEUA CALHOUN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY, INC., a Delaware corporation; and JOHN DOE, an individual,<br><br>　　　　Defendants. | Case No.:<br><br>COMPLAINT FOR DISCRIMINATION<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>PRAYER: IN AN AMOUNT NOT TO EXCEED $400,000<br>ORS 21.160(1)(c)<br><br>JURY TRIAL DEMANDED |

Plaintiff demands a jury trial and alleges:

1.

Defendant Safeway, Inc. (hereinafter, "Safeway") is and at all times mentioned herein has been a Delaware corporation engaged in the retail sale of groceries and home goods, including stores located in Multnomah County, Oregon and a store located at 13485 NW Cornell Road, Portland, Oregon. Safeway conducts regular, sustained business activity in Multnomah County.

2.

On or about March 6, 2023, plaintiff, who is African American, was a customer at the above-referenced store. Plaintiff picked out some items and had them in her hands when she went to the Customer Service desk for a

PAGE 1 – COMPLAINT FOR DISCRIMINATION

KAFOURY & McDOUGAL
411 SW Second Ave., Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

2-1-2024                    L19159640001                    6020240201025974

1  money order. The employee at the desk, John Doe, asked plaintiff if she
2  wanted to purchase the items she had in her hands. She declined.

3.

A Caucasian male customer was in front of her with items in his hands as well. He also interacted with John Doe at the desk, but John Doe did not ask the Caucasian customer if he wanted to pay for his items at that time. Doe spoke to plaintiff in a tone and manner that conveyed distrust and contempt, which he had not displayed when talking the Caucasian customer.

4.

After obtaining her money order, plaintiff resumed shopping. Doe began following plaintiff and her one-year-old daughter from aisle to aisle, closely monitoring them while she shopped. No other customer was treated with this overt, intrusive scrutiny, including the aforementioned Caucasian customer.

5.

The above-described Safeway store is, and at all times mentioned herein has been, a place of public accommodation within the meaning of ORS 659A.400. At least part of the motivation for the above-described conduct was the plaintiff's race.

6.

The above-described conduct violates ORS 659A.403, which prohibits discrimination in places of public accommodation on account of race.

/ / /

/ / /

PAGE 2 – COMPLAINT FOR DISCRIMINATION

KAFOURY & McDOUGAL
411 SW Second Ave., Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

7.

As a result of the above-described discrimination, plaintiff suffered, continues to suffer, and will in the future suffer from feelings of racial stigmatization, humiliation, and anger, all to her noneconomic damages not to exceed a maximum of $400,000. This number may change, depending on whether plaintiff's response improves, persists or worsens.

8.

Plaintiff is entitled to reasonable attorney fees pursuant to ORS 659A.885.

WHEREFORE, plaintiff prays for judgment against defendants for noneconomic damages in a total amount not to exceed $400,000, and for her costs, attorney fees and disbursements necessarily incurred herein.

Dated: January 30, 2024.

/s/ Gregory Kafoury
Gregory Kafoury, OSB #741663
kafoury@kafourymcdougal.com
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Attorneys for Plaintiff

Plaintiff hereby provides notice of her intent to amend to add claims for punitive damages.

PAGE 3 – COMPLAINT FOR DISCRIMINATION

KAFOURY & McDOUGAL
411 SW Second Ave., Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

2-1-2024    L19159640001    6020240201025974